1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone: (408) 298-2000
   Facsimile:  (408) 298-6046
4
   Attorneys for Plaintiff
5  Cecil Shaw

6

7

*IT IS SO ORDERED*
*Judge Edward J. Davila*
11/13/2013

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11  CECIL SHAW,                                )  No.  5:12-CV-04716-EJD
                                               )
12              Plaintiff,                     )  **STIPULATION FOR DISMISSAL OF**
                                               )  **ACTION**
13       vs.                                   )
                                               )
14  HANSA SINGH BHAT dba CLYDE'S               )
    LIQUOR aka CLYDE'S LIQUORS & WINE,         )
15                                             )
                Defendant.                     )
16  _____)

17

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendant Hansa Singh Bha dba Clyde' Liquor aka Clyde's Liquors & Wine, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs. The Clerk shall close this file.

Date: November 11, 2013         MOORE LAW FIRM, P.C.


                                _/s/ Tanya E. Moore_
                                Tanya E. Moore
                                Attorney for Plaintiff
                                Cecil Shaw

Date: November 11, 2013         LAW OFFICES OF MICHAEL HEATH


                                _/s/ Chelsea Whelan_
                                Chelsea Whelan
                                Attorneys for Defendant
                                Hansa Singh Bha dba Clyde' Liquor
                                aka Clyde's Liquors & Wine