1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone: (408) 298-2000
   Facsimile:  (408) 298-6046
4
   Attorneys for Plaintiff
5  Cecil Shaw

*IT IS SO ORDERED*
*Judge Edward J. Davila*
11/13/2013

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>        Plaintiff,<br><br>vs.<br><br>HANSA SINGH BHAT dba CLYDE'S LIQUOR aka CLYDE'S LIQUORS & WINE,<br><br>        Defendant. | No.  5:12-CV-04716-EJD<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendant Hansa Singh Bha dba Clyde' Liquor aka Clyde's Liquors & Wine, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs. The Clerk shall close this file.

Date: November 11, 2013               MOORE LAW FIRM, P.C.

                                      /s/ Tanya E. Moore
                                      Tanya E. Moore
                                      Attorney for Plaintiff
                                      Cecil Shaw

Date: November 11, 2013               LAW OFFICES OF MICHAEL HEATH

                                      /s/ Chelsea Whelan
                                      Chelsea Whelan
                                      Attorneys for Defendant
                                      Hansa Singh Bha dba Clyde' Liquor
                                      aka Clyde's Liquors & Wine